# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-08283-RA                                       Date Filed: 11/1/2024

Plaintiff:
**Tavon Turner, on behalf of himself and all others similarly situated**

vs.

Defendant:
**Gnome Wellness, LLC**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Gnome Wellness, LLC**.

I, Patricia Burke, do hereby affirm that on the **20th day of December, 2024** at **3:15 pm**, I:

served the within named Limited Liability Company, **Gnome Wellness, LLC** by delivering two true copies of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial pursuant to New York State Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on __12/03/24__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Meridian Investigations & Security**
**48 Davis Avenue**
**Port Washington, NY 11050**

Our Job Serial Number: SRN-2024006819

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b