UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAVON TURNER, *on behalf of himself and all others similarly situated*,

     Plaintiff,

   v.

GNOME WELLNESS, LLC,

     Defendant.

---

24-CV-8283 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On November 4, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant was served on December 20, 2024, no joint letter has been filed.

  The parties shall submit their joint letter no later than March 7, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  February 24, 2025
    New York, New York

             _____
             Ronnie Abrams
             United States District Judge