UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TAVON TURNER on behalf of himself and all oth

                     Plaintiff(s),

       1:24 Civ. 08283 (RA)

- against -

       CLERK'S CERTIFICATE
          OF DEFAULT

GNOME WELLNESS, LLC,

                     Defendant(s),
------------------------------------------------------------X

      I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 10/31/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) GNOME WELLNESS, LLC, by personally serving Sue Zouky as Business Document Specialist 2 of the NYS Dept of State, and proof of service was therefore filed on 12/23/2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

     February 24, 20 25

                                                     TAMMI M. HELLWIG
                                                        Clerk of Court

                                      By: _____
                                                      Deputy Clerk