**Joseph & Norinsberg LLC**

Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

March 7, 2025

**VIA ECF**
Hon. Ronnie Abrams
United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

        *Re: Turner v. Gnome Wellness LLC*
          1:24-cv-98283-RA

Dear Judge Abrams,

    We represent Juan Igartua ("Plaintiff") in the above referenced ADA matter against Defendant, Brecken Gold Athletics NYC LLC ("Defendant") (collectively the "Parties"). Pursuant the Court's Order dated February 24, 2025, the parties were instructed to submit a joint letter to the Court by March 7, 2025. (Docket No. 8). Plaintiff has been unable to get in contact with Defendant in this matter and has commenced default judgment proceedings against Defendant, obtaining the Clerk's Certificate of Default on February 24, 2024. (Docket No. 11).

    Plaintiff intends to file the formal motion for default judgment against Defendant within the next two weeks.

    Based on the foregoing, Plaintiff respectfully requests that the Court adjourn the deadline for a joint status letter sine die to allow Plaintiff to continue with the default judgment proceedings.

    We thank the Court for its time and attention.

                            Respectfully submitted,

                            Arjeta Albani, Esq.