# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-08283-RA                                    Date Filed: _____

Plaintiff:
**Tavon Turner, on behalf of himself and all others similarly situated**

vs.

Defendant:
**Gnome Wellness, LLC**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Gnome Wellness, LLC**.

I, Patricia Burke, do hereby affirm that on the **9th day of April, 2025** at **3:15 pm**, I:

served the within named Limited Liability Company, **Gnome Wellness, LLC** by delivering two true copies of the **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT, DEFAULT JUDGMENT, MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT pursuant to New York State Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Margaret Butcher** as **Office Assistant 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 175, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ____4/10/25____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Meridian Investigations & Security**
**48 Davis Avenue**
**Port Washington, NY 11050**

Our Job Serial Number: SRN-2025002719

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b