UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAVON TURNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GNOME WELLNESS, LLC,<br><br>Defendant. | No. 24-cv-8283 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 15, 2025, Plaintiff voluntarily dismissed this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. No. 22.  Defendant then filed a motion to dismiss on May 22, 2025.  Dkt. No. 21.  Because this case has already been dismissed, Defendant's motion is denied as moot.  The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 21.

SO ORDERED.

Dated:    May 28, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge